Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAVIER FERNANDEZ-GARCIA,**  )  | Case No. 3:10-CV-04630-SC |
| Plaintiff,                    )  | |
|                               )  | **NOTICE OF SETTLEMENT** |
|         vs.                   )  | |
|                               )  | |
| **ENHANCED RECOVERY COMPANY,** ) | |
| **LLC,**                      )  | |
|                               )  | |
| Defendant.                    )  | |
| _____) | _____ |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

   Respectfully submitted this 30th day of December, 2010.

                    By: s/Todd M. Friedman
                        Todd M. Friedman, Esq.
                        Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 30th day of December, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Samuel Conti
United States District Court
Northern District of California

Copy sent via mail on this 30th day of December, 2010 to:

Ginny L. Walker
Director of Compliance and Administration
Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256

This 30th day of December, 2010.

s/Todd M. Friedman
Todd M. Friedman