**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER FERNANDEZ-GARCIA, | ) Case No. 3:10-CV-04630-SC |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| ENHANCED RECOVERY COMPANY, LLC, | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 21st day of January, 2011.

                By:    <u>s/Todd M. Friedman</u>
                        Todd M. Friedman, Esq.
                        Law Offices of Todd M. Friedman, P.C.
                        tfriedman@AttorneysForConsumers.com
                        Attorney for Plaintiff

1  Filed electronically on this 21st day of January, 2011, with:

2
3  United States District Court CM/ECF system

4  And hereby served upon all parties

5  Notification sent on this 21st day of January, 2011, via the ECF system to:
6
7  Honorable Samuel Conti
   Judge of the United States District Court
8  Northern District of California

9
10 Copy sent via mail on this 21st day of January, 2011, to:

11 Ginny L. Walker
12 Director of Compliance and Administration
   Enhanced Recovery Company, LLC
13 8014 Bayberry Rd.
14 Jacksonville, FL 32256

15

16
17 By: s/Todd M. Friedman
        Todd M. Friedman
18

19

20

21

22

23

24

25

26

27

28

Notice of Dismissal - 2